**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Christopher David Stanley** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | **Farabee Lyn Stanley** | | |
| (Spouse If, filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the:  MIDDLE DISTRICT OF FLORIDA

Case number  **6:18-bk-04275**
(if known)

■ Check if this is an amended filing

# Official Form 108
# Statement of Intention for Individuals Filing Under Chapter 7                          12/15

If you are an individual filing under chapter 7, you must fill out this form if:
■ creditors have claims secured by your property, or
■ you have leased personal property and the lease has not expired.

You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form

If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).

**Part 1:   List Your Creditors Who Have Secured Claims**

1. For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **Deutsche Bank Nat'l Trust Co**<br><br>Description of property securing debt: **42525 W Altoona Road Altoona, FL 32702  Lake County Parcel ID# 31-17-27-010000001802 formerly owned 50% owner with Kathleen Stanley before she passed away** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ☐ No<br><br>■ Yes |
| Creditor's name: **Regional Acceptance Co**<br><br>Description of property securing debt: **2015 Chevy Cruze 67,000 miles Vin # 1G1PG5SB0F7122193** | ■ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a Reaffirmation Agreement.<br>☐ Retain the property and [explain]: | ■ No<br><br>☐ Yes |
| Creditor's name: **Specialized Loan Servicing** | ■ Surrender the property. | ☐ No |

| Debtor 1 | **Christopher David Stanley** | | |
|---|---|---|---|
| Debtor 2 | **Farabee Lyn Stanley** | Case number (if known) | **6:18-bk-04275** |

| name: | | ☐ Retain the property and redeem it. | ■ Yes |
|---|---|---|---|
| Description of property securing debt: | 42525 W Altoona Road Altoona, FL 32702  Lake County  Parcel ID# 31-17-27-010000001802 formerly owned 50% owner with Kathleen Stanley before she passed away | ☐ Retain the property and enter into a *Reaffirmation Agreement*. ☐ Retain the property and [explain]: | |

### Part 2: List Your Unexpired Personal Property Leases

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

| Describe your unexpired personal property leases | Will the lease be assumed? |
|---|---|
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |
| Lessor's name: Description of leased Property: | ☐ No ☐ Yes |

### Part 3: Sign Below

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X **/s/ Christopher David Stanley**  
**Christopher David Stanley**  
Signature of Debtor 1

X **/s/ Farabee Lyn Stanley**  
**Farabee Lyn Stanley**  
Signature of Debtor 2

Date **December 10, 2018**

Date **December 10, 2018**

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

IN RE:

Stanley, Christopher David
Stanley, Farabee Lyn

Case No. : 6:18-bk-04275-KSJ

Chapter: 13

Debtor(s).

---

**DECLARATION UNDER PENALTY OF PERJURY FOR ELECTRONIC FILING**

The undersigned, Christopher David Stanley and Farabee Lyn Stanley, signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

1. I have signed the original(s) of the document(s) identified below under penalty of perjury ("Verified Document(s)").

2. The information contained in the Verified Document(s) is true and correct to the best of my knowledge and belief.

3. I understand that the Verified Document(s) are to be filed in electronic form with the United States Bankruptcy Court in connection with the above captioned case.

12/10/18
Executed on (Date)          Signature of Debtor          Signature of Joint Debtor
                                                         Or other claimant

**Verified Document (s):**

**Full Descriptive Title**                              **Date Executed**

Chapter 7 Statement of Intentions                       12/10/18
Notice of Voluntary Conversion                          12/10/18

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

In re:

Christopher David Stanley
Farabee Lyn Stanley

Case No: 6:18-bk-04275-KSJ
Chapter 13

Debtor(s)
_____/

## CERTIFICATE OF SERVICE FOR STATEMENT OF INTENTIONS

COMES NOW, the undersigned counsel hereby certifies that true and correct copies of the subsequent Chapter 7 Individual Debtor's Statement of Intention have been furnished by regular U.S. Mail or electronically via ECF to Trustee Laurie K. Weatherford, PO Box 3450, Winter Park, FL 32790; US Trustee, George C Young Federal Building, 400 West Washington Street, Suite 1100, Orlando, FL 32801; Debtors Christopher David Stanley and Farabee Lyn Stanley, 42525 W Altoona Road, Altoona, FL 32702; and to all creditors listed on the attached court mailing matrix this 10th day of December, 2018.

By: /s/ Wayne B. Spivak
Wayne B. Spivak, Esq.
Florida Bar No. 38191
Justin Clark & Associates, PLLC
Attorney for Debtor
500 Winderley Place, Unit 100
Maitland, FL 32751
Tel: 321-282-1055
Fax: 321-282-1051
Email: wspivak@youhavepower.com

```
Label Matrix for local noticing          Specialized Loan Servicing LLC         United States Trustee - ORL7/13 7
113A-6                                   Stewart Legal Group, P.L.              Office of the United States Trustee
Case 6:18-bk-04275-KSJ                   c/o Gavin N. Stewart                   George C Young Federal Building
Middle District of Florida               P.O. Box 5703                          400 West Washington Street, Suite 1100
Orlando                                  Clearwater, FL 33758-5703              Orlando, FL 32801-2210
Mon Dec 10 16:08:26 EST 2018

Anna Amey                                Anna M. Amey                           CAPITAL ONE, N.A.
1229 Kellogg Drive                       Tavares, FL 32778                      C/O BECKET AND LEE LLP
Tavares, FL 32778-4944                                                          PO BOX 3001
                                                                                MALVERN PA 19355-0701


Child Support Enforcement                Child Support Enforcement              Deutsche Bank National Trust Co. Trustee (S
Attn: Bankruptcy                         Nc Child Support Enforcement           c/o Specialized Loan Servicing LLC
1208 Hays St                             Po Box 20800                           8742 Lucent Blvd, Suite 300
Tallahassee, FL 32301-2633               Raleigh, NC 27619-0800                 Highlands Ranch, Colorado 80129-2386


Deutsche Bank National Trust Company     Diversified Consultants, Inc.          FL Emergency Physicians Kang & Associate
C/O Sepcialized Loan Servicing           Po Box 551268                          PO Box 1123
8472 Lucent Blvd, Ste 300                Jacksonville, FL 32255-1268            Minneapolis, MN 55440-1123
Littleton, CO 80129


FLORIDA HOSPITAL WATERMAN                Fingerhut                              Florida Central Credit
C/O KEVIN B WILSON LAW OFFICES           Bankruptcy Dept                        Attn: Bankruptcy Dept
2810 WALKER RD STE 102                   6250 Ridgewood Rd                      3333 Henderson Blvd
CHATTANOOGA TN 37421-1082                Saint Cloud, MN 56303-0820             Tampa, FL 33609-2955


Florida Department of Revenue            French Broad Mobile Home Park          Internal Revenue Service
Bankruptcy Unit                          1938 Old Rosman Highway                Post Office Box 7346
Post Office Box 6668                     Brevard, NC 28712-8324                 Philadelphia PA 19101-7346
Tallahassee FL 32314-6668


Kohls/Capital One                        LVNV Funding, LLC its successors and assigns   LVNV Funding/Resurgent Capital
Kohls Credit                             assignee of Santander Consumer USA             Po Box 10497
Po Box 3120                              Resurgent Capital Services                     Greenville, SC 29603-0497
Milwaukee, WI 53201-3120                 PO Box 10587
                                         Greenville, SC 29603-0587


Lake County Tax Collector                Portfolio Recovery                     RADIOLOGY SPECIALISTS OF FLORIDA ORLANDO
Attn: Bob McKee                          Po Box 41021                           C/O KEVIN B WILSON LAW OFFICES
Post Office Box 327                      Norfolk, VA 23541-1021                 2810 WALKER RD STE 102
Tavares FL 32778-0327                                                           CHATTANOOGA TN 37421-1082


Regional Acceptance Co                   Regional Acceptance Corporation        Shafritz & Associates, P.A.
Attn: Bankruptcy                         PO Box 1847                            Attn: Bankruptcy
Po Box 1487                              Wilson, NC 27894-1847                  601 N Congress Ave, Ste 424
Wilson, NC 27894-1487                                                           Delray Beach, FL 33445-4641


Specialized Loan Servicing               Valerie Abshire                        Verizon
PO BOX 636007                            175 Burrell Mountain Road              by American InfoSource as agent
Littleton, CO 80163-6007                 Brevard, NC 28712-8415                 PO Box 248838
                                                                                Oklahoma City, OK 73124-8838
```

Vickey Trent
150 Trent Road
Brevard, NC 28712-9846

Christopher David Stanley
42525 W Altoona Road
Altoona, FL 32702-9559

Christopher David Stanley
42525 W Altoona Road
Altoona, FL 32702-9559

Laurie K Weatherford
Post Office Box 3450
Winter Park, FL 32790-3450

Viktoria Collins
Collins Law and Mediation
200 South Knowles Avenue
Winter Park, FL 32789-4304

Wayne B Spivak
Attorneys Justin Clark & Associates PLLC
500 Winderley Place, Unit 100
Maitland, FL 32751-7406

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Vicky Trent

End of Label Matrix
Mailable recipients    35
Bypassed recipients     1
Total                  36